IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SCOTT TERRY and JOHN and**
**BARBARA TERRY**                                                                  **PLAINTIFFS**

v.                              **CASE NO. 4:11-CV-0070 BSM**

**B&T TRANSPORTATION INC. and**
**KAREN BAER**                                                                     **DEFENDANT**

## ORDER

Plaintiffs move [Doc. No. 3] for a preliminary injunction and to appoint a receiver for B&T Transportation. Defendants are ordered to respond in writing to plaintiffs' motions by Monday, February 7, 2011. After the defendants file their response a determination will be made on the need for a hearing on the motions.

IT IS SO ORDERED this 3rd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE