IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SCOTT TERRY and JOHN and**            **PLAINTIFFS**
**BARBARA TERRY**

v.            **CASE NO. 4:11CV00070 BSM**

**B&T TRANSPORTATION INC. and**            **DEFENDANTS**
**KAREN BAER**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 13th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE