**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SCOTT TERRY and JOHN and**          **PLAINTIFFS**
**BARBARA TERRY**

**v.**          **CASE NO. 4:11CV00070 BSM**

**B&T TRANSPORTATION INC. and**          **DEFENDANTS**
**KAREN BAER**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 13th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE